AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Rex W. Tillerson, U.S. Secretray of State

was received by me on *(date)*    06/05/2017    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    , who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*    ; or

☐ I returned the summons unexecuted because    ; or

☑ Other *(specify):* I served the summons by Certified United States Mail, Return Receipt Requested, on May 11, 2017. The summons was received and signed for on May 17, 2017, as shown by the attached documentation.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 5/20/2017

*Server's signature*

Michel Wagner -- Private Process Server
*Printed name and title*

Perfectly Legal Documents
Post Office Box 1735
Gresham, OR 97030-0735

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161370000074051727

▶ ▶ ▶ Delivered

**Updated Delivery Day:** Wednesday, May 17, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940224236249428901 (/go/TrackConfirmAction?tLabels=9590940224236249428901)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 17, 2017, 5:54 am | Delivered | WASHINGTON, DC 20521 |

Your item was delivered at 5:54 am on May 17, 2017 in WASHINGTON, DC 20521.

| | | |
|---|---|---|
| May 16, 2017, 12:38 pm | Available for Pickup | WASHINGTON, DC 20520 |
| May 16, 2017, 12:25 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| May 13, 2017, 7:02 am | In Transit to Destination | |

See More ⌄

## Available Actions

Text Updates

Email Updates

See Less ⌃

Can't find what you're loo[king for?]

Go to our FAQs section to find answers to you[r questions]

FAQs (http://faq.usps.com/?article...)

https://tools.usps.com/go/TrackConfirmAction?tLabels=70161370000074051727

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON DC 20521  OFFICIAL USE

Certified Mail Fee  $3.35     0159
$                               07
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$  $2.03
Total Postage and Fees
$  $8.13                                05/11/2017

Sent To  Rex Tillerson, Secretary of State
Street and Apt. No., or PO Box No. 2201 C Street NW
City, State, ZIP+4®  Washington DC 20520

PS Form 3800, April 2015 PSN 7530-02-000-9047