AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Brenda Saunders Sprague, Deputy Asst. Sec. for Passport Sv.
was received by me on *(date)*  06/05/2017  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons by Certified United States Mail, Return Receipt Requested, on May 11, 2017. The summons was received and signed for on May 17, 2017, as shown by the attached documentation.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/20/2017

*Server's signature*

Michel Wagner -- Private Process Server
*Printed name and title*

Perfectly Legal Documents
Post Office Box 1735
Gresham, OR 97030-0735

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| Brenda Saunders Sprague<br>Deputy Asst Sec. for Passport Serv<br>Bureau of Consular Affairs<br>U.S. Department of State<br>2201 C Street<br>Washington, D.C. 20520 | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>U.S. Department of State<br>MAY 1 7 2017<br>Washington, DC |
| 9590 9402 2423 6249 4288 95 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1370 0000 7405 1703 | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |