Cole W. Enabnit, OSB #143148
Portland Immigration Law LLC
18210 E Burnside St, Suite E
Portland, OR 97233
cole@pdximmigration.com
Telephone: (503) 395-8393
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **JAMES FRANKENFIELD**, | Case No. 1:17-cv-00679-CL |
| Plaintiff, | |
| v.. | PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO PARTIALLY DISMISS UNDER FED. R. CIV. P. 12(b)(6) |
| **REX W. TILLERSON**, in his official capacity as Secretary of State; **BRENDA SAUNDERS SPRAGUE**, in her official capacity as Deputy Assistant Secretary for Passport Services, bureau of Consular Affairs, U.S. Department of States; **ADAM E. FOX**, in his official capacity as Consular Section Chief, U.S. Embassy Tbilisi, Georgia and also individually, | |
| Defendants. | |

**MOTION**

Plaintiff James Frankenfield moves the court to extend the time for Plaintiff to file a response to DEFENDANTS' MOTION TO PARTIALLY DISMISS UNDER FED. R. CIV. P. 12(b)(6) filed July 14, 2017. The current response deadline is July 28, 2017. For the reasons below, Plaintiff requests a new response deadline of no earlier than September 1, 2017. The Defendants do not oppose this motion. Plaintiff requests this extension based on the following:

1. The Court appointed current *pro bono* counsel for the purpose of "Limited Evaluation of the Case." In this limited capacity, current counsel is unable to respond to Defendants' motion.

2. With current counsel registered as the attorney of record in the Court system, Plaintiff is unable to file a response to Defendants' motion *pro se*.

3. The conclusion of current counsel's evaluation is that Plaintiff has meritorious claims against defendants. However, current counsel is unable continue as *pro bono* representative in the case in chief.

4. If the Court appoints additional *pro bono* counsel for the case in chief, counsel will need additional time to respond to Defendants' motion.

5. If the Court does not appoint additional *pro bono* counsel, Plaintiff will need additional time to file a response to Defendants' motion *pro se*.

For these reasons, Plaintiff moves the court to extend the filing deadline for Plaintiff's response to Defendants' motion.

Dated this 25th day of July, 2017.

                                          Respectfully Submitted,

                                          */s/ Cole W. Enabnit*
                                          COLE W. ENABNIT
                                          ATTORNEY FOR PLAINTIFF