UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES FRANKENFIELD**<br>**Plaintiff(s),**<br><br>v.<br><br>**REX W. TILLERSON, et al.**<br>**Defendant(s).** | Case No.: 1:17-cv-00679-CL<br><br>**NOTICE OF COMPLETION OF PRO BONO APPOINTMENT (SPECIFIC APPOINTMENTS ONLY)** |

_____ /

As counsel of record appointed to represent James Frankenfield under the Pro Bono Program for the United States District Court, District of Oregon, I hereby certify that:

☒ Representation of James Frankenfield for the specific purpose of Limited Evaluation of the Case has been completed; therefore, my representation under the Pro Bono Program is concluded and termination of the appointment is requested; or

☐ I accept full representation of James Frankenfield and will remain as counsel of record for the duration of the case.

DATED this \_\_\_7\_\_\_ day of *August 2017*.

_____
Signature

*Cole W. Crabtree 143148*

Printed Name and Oregon State Bar No.