**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB #054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
      Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JAMES FRANKENFIELD**, <br><br>    Plaintiff, <br><br>v. <br><br>**REX W. TILLERSON,** in his official capacity as Secretary of State; **BRENDA SAUNDERS SPRAGUE,** in her official capacity as Deputy Assistant Secretary for Passport Services, Bureau of Consular Affairs, U.S. Department of States; **ADAM E. FOX,** in his official capacity as Consular Section Chief, U.S. Embassy Tbilisi, Georgia and also individually, <br><br>    Defendants. | Case No. 1:17-cv-00679-CL <br><br> CERTIFIED PASSPORT RECORD |

No. 17/03885

# United States of America



**DEPARTMENT OF STATE**

To all to whom these presents shall come, Greeting:

I Certify That  Brykyta K. Shelton, _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

whose name is subscribed to the document hereunto annexed, was at the time

of subscribing the same  Chief, Records Services Division, _ _ _ _ _ _ _ _ _

_ _ _ _  Passport Services _ _ _ _ _ _ _, Department of State, United States

of America, and that full faith and credit are due to his acts as such.



In testimony whereof, I  Rex W. Tillerson _ _ _ _ _ _

Secretary of State, have hereunto caused the seal of the

Department of State to be affixed and my name subscribed by the

Authentication Officer of the said Department, at the city of

Washington, in the District of Columbia, this  28th _ _ _ _

day of  August _ _ _ _, 20 17_

_Rex W. Tillerson_ _ _ _
Secretary of State.

By _Tonya A. Cook_ _ _ _
Authentication Officer, Department of State

Issued pursuant to RS 161.5 USC 22, RS
203.5 USC 158: Sec: 1 of Act of June 25,
1948. 62 St. 946. 28 USC 1733: Sec:4 of
Act of May 26, 1949, 63 St. 111, 5 USC 151c;
and Secs. 104 and 332 of Act of June 27,
1952 66 St. 174 and 253, 8 USC 1104, 1443,
and 5 USC 140.

This certificate is not valid if it is removed or altered in any way whatsoever



**United States Department of State**

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of nine pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

1. Scanned copy of unissued passport application and attachments retrieved from the Passport Lookout Tracking System (PLOTS) executed in the name of James Clark Frankenfield on May 12, 2015. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

-2-

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Brykyta K. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: AUG 2 8 2017

**U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS**

OMB CONTROL NO. 1405-0020
OMB EXPIRATION DATE: 12-31-2016
ESTIMATED BURDEN: 40 MIN

Please Print Legibly Using Black Ink Only

Attention: Read WARNING on page 1 of instructions
Please select the document(s) for which you are applying:

☒ U.S. Passport Book   ☐ U.S. Passport Card   ☐ Both

The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

☐ 28 Page Book (Standard)   ☒ 52 Page Book (Non-Standard)

Note: The 52 page option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

**1. Name** Last: FRANKENFIELD
First: JAMES
Middle: CLARK

☐ D  ☐ O  ☐ DP  DOTS Code _____
End. # _____   Exp. _____

**2. Date of Birth** (mm/dd/yyyy): [redacted]

**3. Sex**: M ☒  F ☐

**4. Place of Birth** (City & State if in the U.S., or City & Country as it is presently known.): ABINGTON PENNSYLVANIA

**5. Social Security Number**: [redacted]

**6. Email Address**: SNOWMAN@LSAC.ORG

**7. Primary Contact Phone Number**: [redacted]

**8. Mailing Address**: Line 1: Street/RFD#, P.O. Box, or URB. [redacted]

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. (e.g., In Care Of - Jane Doe, Apt # 100)

City: [redacted]   State: [redacted]   Zip Code: [redacted]   Country, if outside the United States:

**9. List all other names you have used.** (Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)

A.
B.

**10. Passport Book and/or Passport Card Information**
Your name as printed on your most recent U.S. passport book and/or passport card: JAMES CLARK FRANKENFIELD

Most recent passport book number: 213345266
Issue date (mm/dd/yyyy): 05/16/2005

Most recent passport card number:
Issue date (mm/dd/yyyy):

**11. Name Change Information** Complete if name is different than last U.S. passport book or passport card
☐ Changed by Marriage
☐ Changed by Court Order
Place of Name Change (City/State):
Date (mm/dd/yyyy):
Please submit a certified copy. (Photocopies are not accepted!)

**CONTINUE TO PAGE 2**

YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

x _[signature]_  Applicant's Legal Signature
Date: May 12, 2015

**FOR ISSUING OFFICE ONLY**   ☐ PPT BK C/R  ☐ PPT BK S/R  ☐ PPT CD C/R  ☐ PPT CD S/R

☐ Marriage Certificate   Date of Marriage/Place Issued:
☐ Court Order   Date Filed/Court:
From: _____
To: _____
☐ Other
☐ Attached

For Issuing Office Only → Bk Fee ____  Cd Fee ____  EF ____  Postage ____  Other ____

* DS 82 C 08 2013 1 *

DS-82 08-2013
Page 1 of 2

| Name of Applicant (Last, First & Middle) | | | | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| FRANKENFIELD, JAMES CLARK | | | | ███ |

| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School (if applicable) |
|---|---|---|---|---|
| | | | Engineer/Scientist | Self |

**17. Additional Contact Phone Numbers**

███ Home / Cell / Work X Voice Mail ███ Home / X Cell / Work

**18. Permanent Address:** If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.

Street/RFD # or URB (No P.O. Box) — Apartment/Unit

City — State — Zip Code

**19. Emergency Contact** - Provide the information of a person not traveling with you to be contacted in the event of an emergency.

Name ███  Address: Street/RFD # or P.O. Box ███  Apartment/Unit

City ███  State ███  Zip Code  Phone Number ███  Relationship ███

**20. Travel Plans**

Departure Date (mm/dd/yyyy)  Return Date (mm/dd/yyyy)  Countries to be visited

Residing in Georgia

**STOP! YOU HAVE COMPLETED YOUR APPLICATION
BE SURE TO SIGN AND DATE PAGE ONE**

DS-82 08-2013

* DS 82 C 08 2013 2 *

Page 2 of 2









hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de America por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

FOIA: (b)(6)
ORIGINAL SEEN AND RETURNED

FOIA: (b)(6)
United States of America

11 MAY



PASSPORT / PASSEPORT / PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 213325266

Surname / Nom / Apellidos: FRANKENFIELD
Given names / Prénoms / Nombres: JAMES CLARK
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: [redacted]
Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: PENNSYLVANIA, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición: 16 May 2005
Authority / Autorité / Autoridad: United States Department of State
Date of expiration / Date d'expiration / Fecha de caducidad: 15 May 2015
Amendments / Modifications / Enmiendas: See Page 24

P<USAFRANKENFIELD<<JAMES<CLARK<<<<<<<<<<<<<<<
2133252660USA6102238M1505155<<<<<<<<<<<<<<00



# APPLICATION FOR A U.S. PASSPORT
Please Print Legibly Using Black Ink Only

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 01-31-2017
ESTIMATED BURDEN: 95 MIN

Attention: Read WARNING on page 1 of instructions
Please select the document(s) for which you are applying:

- [X] U.S. Passport Book
- [ ] U.S. Passport Card
- [ ] Both

The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

- [ ] 28 Page Book (Standard)
- [ ] 52 Page Book (Non-Standard)

Note: The 52 page option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

**1. Name** Last: FRANKENFIELD
First: JAMES
Middle: CLARK

- [ ] D  [ ] O  [ ] Dep  DOTS
End. #____  Exp.____

**2. Date of Birth** (mm/dd/yyyy): [REDACTED]
**3. Sex**: M [ ]  F [X]
**4. Place of Birth** (City & State if in the U.S., or City & Country as it is presently known.): ABINGTON PA

**5. Social Security Number**: [REDACTED]
**6. Email Address**: snowman@csoc.org
**7. Primary Contact Phone Number**: [REDACTED]

**8. Mailing Address: Line 1**: Street/RFD#, P.O. Box, or URB
[REDACTED]

**Address Line 2**: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. (e.g., In Care Of - Jane Doe, Apt # 100)

City: [REDACTED]  State: [REDACTED]  Zip Code: [REDACTED]  Country, if outside the United States: [blank]

**9. List all other names you have used.** (Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)
A. GREG COX
B.

**STOP! CONTINUE TO PAGE 2**
**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)

[ ] Driver's License  [ ] State Issued ID Card  [ ] Passport  [ ] Military  [ ] Other

Name:
Issue Date (mm/dd/yyyy):
Exp. Date (mm/dd/yyyy):
State of Issuance:
ID No:
Country of Issuance:

Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)

[ ] Driver's License  [ ] State Issued ID Card  [ ] Passport  [ ] Military  [ ] Other

Name:
Issue Date (mm/dd/yyyy):
Exp. Date (mm/dd/yyyy):
State of Issuance:
ID No:
Country of Issuance:

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

x____ Applicant's Legal Signature - age 16 and older
x____ Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)
x____ Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Attach a color photograph taken within the last six months

[ ] Acceptance Agent  [ ] (Vice) Consul USA
[ ] Passport Staff Agent
(Seal)

Name of courier company (if applicable):
Facility Name/Location:
Facility ID Number:
Agent ID Number:

Signature of person authorized to accept applications: ____  Date: ____

For Issuing Office Only → Bk ____  Card ____  EF ____  Postage ____  Execution ____  Other ____

*DS 11 C 09 2013 1*

DS-11  09-2013

Page 1 of 2

| | |
|---|---|
| Name of Applicant (Last, First, & Middle) | Date of Birth (mm/dd/yyyy) |
| JAMES CLARK FRANKENFIELD | [redacted] |

**10. Parental Information**

Mother/Father/Parent - First & Middle Name: JOSEPH ~~FRANKENFIELD~~
Last Name (at Parent's Birth): FRANKENFIELD
Date of Birth (mm/dd/yyyy): [redacted]
Place of Birth: Allentown PA
Sex: X Male
U.S. Citizen? X Yes

Mother/Father/Parent - First & Middle Name: PEGGY
Last Name (at Parent's Birth): COX
Date of Birth (mm/dd/yyyy): [redacted]
Place of Birth: W. V.
Sex: X Female
U.S. Citizen? X Yes

**11. Have you ever been Married?** Yes  X No

Full Name of Current Spouse or Most Recent Spouse:
Date of Birth (mm/dd/yyyy):
Place of Birth:
U.S. Citizen? X Yes  No
Date of Marriage (mm/dd/yyyy):
Have you ever been widowed or divorced? Yes  No
Widow/Divorce Date (mm/dd/yyyy):

**12. Additional Contact Phone Number**
Home / Work / Cell

**13. Occupation** (if age 16 or older)

**14. Employer or School** (if applicable): Self

**15. Height:** 6'
**16. Hair Color:** Brn
**17. Eye Color:** Hazel
**18. Travel Plans** - Departure Date / Return Date / Countries to be Visited

**19. Permanent Address** - [address redacted]

**20. Emergency Contact**
Name: [redacted]
Address: [redacted]
City/State/Zip: [redacted]
Phone Number: [redacted]
Relationship: Brother

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** X Yes  No

Name as printed on your most recent passport book: James Clark Frankenfield
Status of your most recent passport book: X Submitting with application  Stolen  Lost  In my possession (if expired)

Name as printed on your most recent passport card:
Status of your most recent passport card: Submitting with application  Stolen  Lost  In my possession (if expired)

---

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence:

- [ ] Birth Certificate   SR   CR   City   Filed:   Issued:
- [ ] Nat. / Citz. Cert   USCIS   USDC   Date/Place Acquired:   A#
- [ ] Report of Birth   Filed/Place
- [ ] Passport   C/R   S/R   Per PIERS   #/DOI
- [ ] Other
- [ ] Attached
  - [ ] P/C of ID  [ ] DS-3053  [ ] DS-64  [ ] DS-5520  [ ] DS-5513  [ ] Citz W/S
  - [ ] P/C of Citz  [ ] DS-10  [ ] DS-86  [ ] DS-71  [ ] IRL  [ ] CIS Ver

* DS 11 C 09 2013 2 *

DS-11   09-2013                                                                 Page 2 of 2

From.                                                                                   07/17/2014 10:30    #850 P.001/001

*Deputy DA Jody Vaughan*

NC-130

| PETITIONER OR ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James Clark Frankenfield | |
| TELEPHONE NO.:    FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): In Pro Per | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Siskiyou | |
| STREET ADDRESS: 311 Fourth Street | |
| MAILING ADDRESS: P.O. Box 1026 | |
| CITY AND ZIP CODE: Yreka, CA 96097 | |
| BRANCH NAME: Civil Division | |
| PETITION OF (Name of each petitioner): | |
| James Clark Frankenfield | |
| FOR CHANGE OF NAME | |

ENTERED CIVIL JUDGMENTS VOL. 88 PAGE 943

FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF SISKIYOU
MAY 17 2011
By: _____ DEPUTY CLERK

| DECREE CHANGING NAME | CASE NUMBER: SCCVPT 11-0463 |
|---|---|

1. The petition was duly considered:
   a. [✓] at the hearing on (date): May 17, 2011    in Courtroom:    of the above-entitled court.
   b. [ ] without hearing.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below
      (1) [✓] is not  [ ] is under the jurisdiction of the Department of Corrections, and
      (2) [✓] is not  [ ] is required to register as a sex offender under section 290 of the Penal Code.
      These determinations were made  [✓] by using CLETS/CJIS  [ ] based on information provided to the clerk of the court by a local law enforcement agency.
   c. [ ] No objections to the proposed change of name were made.
   d. [ ] Objections to the proposed change of name were made by (name):
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should be granted.
   f. [ ] Other findings (if any):

**THE COURT ORDERS**

3. The name of

| Present name | | New name |
|---|---|---|
| a. James Clark Frankenfield | is changed to | Greg Cox |
| b. | is changed to | |
| c. | is changed to | |
| d. | is changed to | |
| e. | is changed to | |

[ ] Additional name changes are listed on Attachment 3.

Date: 5/17/11

ATTEST:
LARRY D. GOBELMAN
Clerk of the Superior Court of the State of California in and for the County of Siskiyou.
By _____ 5/31/11
Deputy

JUDGE OF THE SUPERIOR COURT
SIGNATURE OF JUDGE FOLLOWS LAST ATTACHMENT

Form Adopted for Mandatory Use
Judicial Council of California
NC-130 [Rev July 1, 2007]

**DECREE CHANGING NAME**
(Change of Name)

LAURA MASUNAGA

Code of Civil Procedure, §§ 1278, 1279



Embassy of the United States of America

October 03, 2016

Dear Mr. Frankenfield:

The United States Embassy Consular Section is denying your passport application due to the failure to present the required evidence.

During the interview, the Consular Officer explained that you need to execute a new passport application in your legal name of Mr. Greg Cox.

The U.S. passport application may be held in suspense for 90 days, pending receipt of the evidence requested. The requested evidence was not submitted within the required time period, therefore the passport application is denied. By law, the passport execution and application fees are non-refundable.

Sincerely,

Adam E. Fox
Vice Consul
U.S. Embassy Tbilisi