IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JAMES FRANKENFIELD**,

    Plaintiff,

v.

**REX W. TILLERSON**, in his official capacity as Secretary of State; **BRENDA SAUNDERS SPRAGUE**, in her official capacity as Deputy Assistant Secretary for Passport Services, bureau of Consular Affairs, U.S. Department of State; **ADAM E. FOX**, in his official capacity as Consular Section Chief, U.S. Embassy Tbilisi, Georgia and also individually,

    Defendants.

No. 1:17-cv-00679-CL

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R&R"), ECF No. 46, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff timely filed objections to the R&R, ECF No. 48. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 838(b)(1)(C); *McDonnell Douglas Corp. v. Commodore Bus. Mac., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude that the report is correct. Magistrate Judge Clarke's R&R is adopted in full. Defendants' Motion to Partially Dismiss is GRANTED. Plaintiff's Complaint is DISMISSED with prejudice.

    IT IS SO ORDERED.

    DATED this 12th day of January, 2018.

                          /s/ Michael McShane_____
                          Michael J. McShane
                          United States District Judge